IRVING MISHKIN, as Receiver of the Personal Property of the VENDOME CAFETERIA CORPORATION, and Others, Plaintiffs, *v.* SAMUEL KHEEL and Others, Defendants.

City Court of New York, New York County, March 11, 1938.

*David Feinman,* for the plaintiffs.

*Max H. Finkelberg,* for the defendants.

KELLER, J. Motion denied. The statutory lien of the attorney upon the proceeds of a cause of action prosecuted by him as attorney is prior in right to that of this receiver. The fund represents the fruits of the labor of the attorney. Presumably, without the efforts of the attorney, there would be no funds for the receiver to appropriate.